FILED

01/23/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 25-0054

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 25-0054

_____

DAVID SASLAV, MONTANA
ENVIRONMENTAL INFORMATION CENTER,
and KAYLEE HAFER,

      Plaintiffs and Appellees,

  and

MONTANA FREE PRESS, THE ASSOCIATED
PRESS, MONTANA BROADCASTERS
ASSOCIATION, MONTANA NEWSPAPER
ASSOCIATION, DAILY MONTANAN,
HAGADONE MEDIA MONTANA, LLC, LEE
ENTERPRISEES, INC., and ADAMS
PUBLISHING GROUP,

      Intervenor-Plaintiffs and Appellees,

  v.

JERRY HOWE, in his official capacity as
EXECUTIVE DIRECTOR OF THE MONTANA
LEGISLATIVE SERVICES DIVISION of the
MONTANA STATE LEGISLATURE,
MONTANA LEGISLATIVE SERVICES
DIVISION of the MONTANA LEGISLATURE,

      Defendants and Appellants,

  and

STATE OF MONTANA, and STATE SENATOR
BARRY USHER,

      Intervenor-Defendants and Appellants.

_____

O R D E R

Intervenor-Defendants and Appellants State of Montana and State Senator Barry Usher have moved this Court to immediately stay the January 21, 2025 Order Granting Preliminary Injunction and Writ of Mandamus of the Eighth Judicial District Court,

Cascade County, in its Cause No. CDV-24-539. That Order, in part, requires the Legislative Services Division to produce the complete, unredacted contents of junque files requested by the Plaintiffs and Intervenor-Plaintiffs within five business days. Appellants request that this Court grant it relief on an emergency basis because the District Court's Order does not provide adequate time for them to seek a stay through M. R. App. P. 22(1).

Having reviewed the motion for stay and included exhibits, this Court deems it appropriate to request response(s) on an expedited basis.

IT IS THEREFORE ORDERED that the Appellees are each granted until the **close of business on Friday, January 24, 2025**, to prepare, file, and serve a response(s) to the motion for stay.

The Clerk is directed to provide notice of this Order to counsel for all parties.

2

Electronically signed by:
Cory Swanson
Chief Justice, Montana Supreme Court
January 23 2025